COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP

NORMAND R. LEZY    6297-0
    E-Mail: nlezy@cwlfirm.com
MICHAEL J. NAKANO 6940-0
    E-Mail: mnakano@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

Attorneys for Defendant
SAFEWAY INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IKUKO MUTO,<br><br>               Plaintiff,<br><br>   vs.<br><br>SAFEWAY, INC., JOHN DOES 1-10,<br>JANE DOES 1-10; DOE<br>CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE JOINT<br>VENTURES 1-10; and DOE<br>GOVERNEMNTAL ENTITLES 1-10,<br>inclusive,<br><br>               Defendants. | CIVIL NO. _____<br>(Hilo)(Other Non-Vehicle Tort)<br><br>**NOTICE OF REMOVAL;<br>EXHIBITS "A" TO "B";<br>CERTIFICATE OF SERVICE** |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII:

Pursuant to 28 U.S.C. §§1332, 1441, and 1446, Defendant SAFEWAY INC. (hereinafter "SAFEWAY") files this Notice of Removal in the case now pending in the Circuit Court of the Third Circuit, State of Hawaii, styled <u>Ikuko Muto vs. Safeway Inc., et al.</u>, Civil No. 17-1-0188.   As grounds for removal, SAFEWAY states as follows:

1.    On June 10, 2017, Plaintiff IKUKO MUTO ("PLAINTIFF") filed a complaint in Civil No. 17-1-0763-05 (VLC) in the Circuit Court of the Third Circuit, State of Hawaii, against SAFEWAY.

2.    Upon information and belief, SAFEWAY states that no other party has been named or appeared in the action.

3.    SAFEWAY was served with the complaint on June 21, 2017.

4.    In her complaint, PLAINTIFF alleges that SAFEWAY is liable to her for damages in connection with an injury, a dislocated knee cap, while on SAFEWAY's premises.

5.    In her complaint, PLAINTIFF alleges that "Plaintiff IKUKO MUTO resided in the County of Hawaii, State of Hawai'i."

6.    SAFEWAY is a foreign profit corporation incorporated in the State of Delaware that is authorized to do business and is doing business in the County of Hawaii, State of Hawaii.

7.    In the Complaint, PLAINTIFF prays for an award of

special damages, including past and future medical expenses and loss of income,

general damages against SAFEWAY. However, because Hawaii law prohibits *ad*

*damnum* clauses in complaints, PLAINTIFF does not specify the amount of

damages that she prays for.

      8.     Upon information and belief, PLAINTIFF's alleged damages

exceed the sum or value of $75,000.00.

      9.     This court has original jurisdiction over civil actions where the

matter in controversy exceeds the sum or value of $75,000.00 and is between

citizens of different States within the meaning of 28 U.S.C. §1332.

      10.   A true and correct copy of PLAINTIFF's complaint filed in the

Circuit Court of the Third Circuit, State of Hawaii, is attached hereto as

Exhibit "A", and comprises all process, pleadings, and orders served upon

SAFEWAY in the action.

      11.   A true and correct copy of SAFEWAY's answer to

PLAINTIFF's complaint filed in the Circuit Court of the Third Circuit, State of

Hawaii, is attached hereto as Exhibit "B".

      WHEREFORE, Defendant SAFEWAY INC. prays that the

above-entitled action be removed from the Circuit Court of the Third Circuit, State

of Hawaii, to the United States District Court for the District of Hawaii.

DATED:     Honolulu, Hawaii, July 21, 2017.


/s/ Normand R. Lezy
NORMAND R. LEZY
MICHAEL J. NAKANO
Attorneys for Defendant
SAFEWAY INC.